PER CURIAM.

The District Court denied a motion filed by defendant Armentrout for restraint of the sale of certain property in satisfaction of the plaintiff Association's judgment lien against the defendant Trzpis and for "dismissal" of that lien. At the time of the issuance of the District Court's order defendant Trzpis had been adjudged bankrupt. This fact was brought to our attention by intervention of the trustee in bankruptcy; it was not before the trial court. We therefore remand the case to that court for reconsideration in the light of the pendency of the bankruptcy proceedings. For the purpose of the remand the order of the District Court must be vacated.

Before EDGERTON, Chief Judge, and FAHY and BURGER, Circuit Judges.

PER CURIAM.

This appeal is from a conviction for sale of narcotics. Though court-appointed counsel has diligently presented all matters he deems pertinent to the appeal, we find no error.

Affirmed.

BURGER, Circuit Judge, would dismiss the appeal.

Leonard DIXON, Appellant,

v.

UNITED STATES of America, Appellee.

No. 14092.

United States Court of Appeals District of Columbia Circuit.

Argued March 3, 1958.

Decided March 13, 1958.

Petition for Rehearing In Banc Denied May 2, 1958.

Mr. Raymond C. Kates, Washington, D. C. (appointed by the District Court) for appellant.

Mr. John W. Warner, Jr., Asst. U. S. Atty., for appellee. Messrs. Oliver Gasch, U. S. Atty., and Lewis Carroll and Harold H. Titus, Jr., Asst. U. S. Attys., were on the brief for appellee. Mr. Harry T. Alexander, Asst. U. S. Atty., also entered an appearance for appellee.

ATCHISON, TOPEKA AND SANTA FE RAILWAY CO. et al., Appellants,

v.

AIRCOACH TRANSPORT ASSOCIATION, Inc., et al., Appellees.

BALTIMORE AND OHIO RAILROAD COMPANY et al., Appellants,

v.

AIRCOACH TRANSPORT ASSOCIATION, Inc., et al., Appellees.

PENNSYLVANIA RAILROAD COMPANY et al., Appellants,

v.

AIRCOACH TRANSPORT ASSOCIATION, Inc., et al., Appellees.

NEW YORK CENTRAL RAILROAD COMPANY, Appellant,

v.

AIRCOACH TRANSPORT ASSOCIATION, Inc., et al., Appellees.

Nos. 14053–14056.

United States Court of Appeals District of Columbia Circuit.

Argued Sept. 9, 1957.

Decided Feb. 25, 1958.